1112

light of *Lockhart* v. *McCree, ante,* p. 162.

No. 84–2027. LOCKHART, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION *v.* RUIZ ET AL. C. A. 8th Cir. Motion of respondents for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *Lockhart* v. *McCree, ante,* p. 162.

No. 84–2028. SARGENT, WARDEN *v.* WOODARD. C. A. 8th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Lockhart* v. *McCree, ante,* p. 162.

No. 85–5768. GRIFFIN *v.* WAINWRIGHT, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *Cabana* v. *Bullock,* 474 U. S. 376 (1986).

No. A–800. KINNEY *v.* KINNEY. App. Ct. Conn. Application for stay, addressed to JUSTICE REHNQUIST and referred to the Court, denied.

No. A–825. SHUMATE *v.* PATTERSON. C. A. 4th Cir. Application for stay of mandate, addressed to JUSTICE MARSHALL and referred to the Court, denied.

No. A–853 (85–1609). HASTINGS, UNITED STATES DISTRICT JUDGE, ET AL. *v.* GODBOLD, CHIEF JUDGE, UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT, ET AL. C. A. 11th Cir. Application of Investigating Committee for order vacating stay entered by the United States Court of Appeals for the Eleventh Circuit, presented to JUSTICE POWELL, and by him referred to the Court, denied.

No. D–526. IN RE DISBARMENT OF DOBBS. Disbarment entered. [For earlier order herein, see 474 U. S. 917.]

No. D–545. IN RE DISBARMENT OF WILLIS. Disbarment entered. [For earlier order herein, see 475 U. S. 1003.]